1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH SCRASE, | ) | |
| | ) | |
| | ) | No. C10-2190   BZ |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER DENYING REFERRAL TO** |
| PATRICK HOOPES, | ) | **FEDERAL PRO BONO PROJECT** |
| | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Plaintiff has requested a referral to the Federal Pro Bono Project, which is administered by the Volunteer Legal Services Program's Legal Help Center. The Court understands that she has already been interviewed by the Center and was not provided with counsel. The Court has no other readily available means of appointing counsel. A factor to be considered in deciding whether to appoint counsel is whether the plaintiff's claim has merit. Bradshaw v. Zoological Society of San Diego, 662 F.2d 1301, 1318 (9th Cir. 1981). At this juncture, the Court is unable to make an informed

1

1 | decision of the merits of her case.

2 | **IT IS THEREFORE ORDERED** that plaintiff's request for
3 | appointment of counsel is **DENIED** without prejudice.  When
4 | plaintiff can show that she has a meritorious case, the Court
5 | will reconsider the request for appointment of counsel.
6 | Dated: September 28, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SCRASE V. HOOPES\ORDER DENYING REFERRAL.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE,

        Plaintiff,

v.

PATRICK HOOPES et al,

        Defendant.
                              /

Case Number: CV10-02190 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2010, I SERVED a true and correct copy(ies) of the attached **ORDER DENYING REFERRAL TO FEDERAL PRO BONO PROJECT**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith Scrase
1492 Pawnee Drive
Las Vegas, NV 89169-3129

Dated: September 29, 2010

                                        Richard W. Wieking, Clerk
                                        By: Rose Maher, Deputy Clerk

                                        *Rose Maher* (signature)