IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE,

    Plaintiff,

No. C 10-02190 JSW

v.

PATRICK HOOPES,

**ORDER SETTING BRIEFING SCHEDULE**

    Defendant.
_____/

    This matter is set for a hearing on January 28, 2011 on Defendant's motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be filed by no later than November 19, 2010 and a reply brief shall be filed by no later than November 30, 2010. Plaintiff, proceeding pro se, is admonished that failure to file an opposition may result in dismissal of this action.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: October 29, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE,

        Plaintiff,

  v.

PATRICK HOOPES et al,

        Defendant.
                                         /

Case Number: CV10-02190 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith Scrase
1492 Pawnee Drive
Las Vegas, NV 89169-3129

Dated: October 29, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2