**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE,

    Plaintiff,                           No. C 10-02190 JSW

  v.

PATRICK HOOPES,                     **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Defendant.
_____/

       Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge William Alsup to determine whether it is related to *Judith Scrase v. Patrick Hoopes*, N.D. Civ. No. 10-1766-WHA.

       **IT IS SO ORDERED.**

Dated: October 29, 2010                                     JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

cc:     Judge William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE,

        Plaintiff,

  v.

PATRICK HOOPES et al,

        Defendant.

Case Number: CV10-02190 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith Scrase
1492 Pawnee Drive
Las Vegas, NV 89169-3129

Dated: October 29, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk