IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE,

    Plaintiff,

v.

PATRICK HOOPES,

    Defendant.
                                  /

No. C 10-02190 WHA

**ORDER OF DISMISSAL**

Plaintiff, who is proceeding *pro se*, claims that defendant, a public defender, violated her constitutional rights in the course of representing her in state court criminal proceedings. Plaintiff has raised these same allegations in a previous in forma pauperis complaint, however. *See Scrase v. Hoopes*, No. C 10-1766 WHA. An in forma pauperis complaint repeating the same factual allegations asserted in an earlier case, as here, is subject to dismissal as duplicative. *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988); *see also Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). Plaintiff's claims are accordingly **DISMISSED** as duplicative of the claims raised in her earlier case.

The hearing on defendant's motion to dismiss is **VACATED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE